IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ARTHUR A. GROSSIE,

      Appellant,

v.

      Case No.  5D23-468
      LT Case No. 10-2014-CF-1802

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 9, 2023

3.800 Appeal from the Circuit Court
for Clay County,
Don H. Lester, Judge.

Arthur A. Grossie, Daytona Beach,
pro se.

Ashley Moody, Attorney General
and Robert Charles Lee, Assistant
Attorney General, Tallahassee, for
Appellee.

PER CURIAM.

      AFFIRMED.

WALLIS, EDWARDS and BOATWRIGHT, JJ., concur.